**Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00212-CV

_____

## THE LETCO GROUP, Appellant

### V.

## KOSSMAN CONTRACTING CO. DBA KOSSMAN CONTRACTING AND ROBERT KOSSMAN, Appellees

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 541012103**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for County Civil Court at Law No. 3 informed this court that appellant has not made arrangements for payment for the reporter's record. On June 25, 2018, we notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, by July 10, 2018, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). No response has been filed.

Accordingly, we order appellant to file a brief in this appeal by **August 20, 2018**. If appellant fails to comply with this order, the court may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM